Mark **ANTHONY**, Plaintiff—Appellant,

v.

Todd **HENRY**, Defendant—Appellee,

and

**Sacramento County Sheriff's Department; et al.,**
**Defendants.**

No. 06–15396.

United States Court of Appeals,
Ninth Circuit.

Submitted April 22, 2008.*

Filed April 30, 2008.

Mark Anthony, Vacaville, CA, pro se.

Jeri Lynn Pappone, Esq., Longyear O'Dea and Lavra, Kelley Suzanne Elkins Kern, Esq., Cook Brown LLP, Sacramento, CA, for Defendant–Appellee.

Before: GRABER, FISHER, and BERZON, Circuit Judges.

MEMORANDUM **

Mark Anthony appeals pro se from the district court's judgment after a jury trial, dismissing his 42 U.S.C. § 1983 action alleging excessive force by an arresting officer. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion the district court's evidentiary rulings, *Tritchler v. County of Lake,* 358 F.3d 1150, 1155 (9th Cir.2004), and we affirm.

The district court did not abuse its discretion by refusing to admit Anthony's medical records into evidence for impeachment purposes because Anthony failed to authenticate the records. *See* Fed.R.Evid. 803(6) (requiring custodian or other qualified witness to authenticate records).

Anthony's remaining contentions are unpersuasive.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Anthony's motion for appointment of counsel and request for judicial notice are denied.

**AFFIRMED.**